UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: 2:19-cr-00117-ODW                             DATE: 10/20/2025

TITLE: UNITED STATES OF AMERICA v. Cruz-Hernandez, et al

Honorable Steve Kim                                     , United States Magistrate Judge

| Connie Chung | CS 10/20/20 | Jesus Rivera /spanish |
|---|---|---|
| Court Clerk | Tape No. | Interpreter |

----------------------------------------------------------------------

In Re: Matter of Material Witness(es)

Miguel Tobar

_____        _____

_____        _____

_____        _____

| John Targowski , panel | Kellye Ng / John McNicholas |
|---|---|
| Counsel for material witness(es) | Assistant U.S. Attorney |

Witness(es):    ☑ Present        ☐ Not present        ☑ In custody

PROCEEDING:  INITIAL APPEARANCE AND DESIGNATION OF MATERIAL WITNESS(ES)

John Targowski, CJA

☑  Upon the filing of a Financial Affidavit, Court appoints ~~the Deputy Federal Public Defender~~ as counsel for the above-named witness(es).

☐  Upon motion of the Government/counsel for defendant, the Court orders the above-named witness(es) designated as material.

☐  Bail is set as follows:

 ☐ $5,000.00 Appearance Bond

 ☐ With third party surety approved by PSA/AUSA

 ☐ PSA supervision

 ☐ Residence approved by PSA

 ☐ Other: _____

_____

_____

☐  Filed Order Designating Material Witness(es)

☐  Filed Commitment and Order Specifying Place of Confinement

☑  Other: Mr. Tobar is ordered temporarily detained. Mr. Tobar is further ordered to appear before Judge Wright on 10/21/25 at 8:00 AM.

_____

Initials of Court Clerk: CC

00:25

M-22 (06/06)        INITIAL APPEARANCE AND DESIGNATION OF MATERIAL WITNESS(ES)